IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALISHA AYRES and WILLIAM AYRES,

    Plaintiffs,                      JUDGMENT IN A CIVIL CASE

    v.                                  Case No. 17-cv-639-wmc

SELENE FINANCE,

    Defendant.

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Selene Finance against plaintiffs Alisha Ayres and William Ayres dismissing the case.

| s/ K. Frederickson, Deputy Clerk | December 18, 2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |