UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

**ALISHA B. AYRES,**
**AND**
**WILLIAM R. AYRES, JR.,**

      Plaintiffs,

Vs.                                             **CASE NO.** 17CV639

**WELLS FARGO BANK N.A.,**
**AND**
**SELENE FINANCE LLP,**

      Defendants.

## NOTICE OF APPEAL TO A COURT OF APPEALS
## FROM A JUDGMENT AND ORDER OF A DISTRICT COURT

**NOTICE IS HEREBY GIVEN** that Alisha and William Ayres, plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final order and judgment entered in this action on the 18th day of December, 2018.

Dated: This 4TH day of January 2019.       **Lawton & Cates, S.C.**
                                                                    Attorney for Plaintiff
                                                                    *Electronically Signed By:*

                                                                    */s/ Briane F. Pagel*_____
                                                                    Briane F. Pagel
                                                                    Bar No: 1025514

P.O. Address:
345 W. Washington Ave., #201
P.O. Box 2965
Madison, WI 53703
P: 608.282.6200
F: 608.282.6252
bpagel@lawtoncates.com